# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 13, 2013

147515 & (71)(72)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re COH, ERH, JRG, KBH, Minors.

SC: 147515
COA: 309161
Muskegon CC Family Division:
08-036989-NA

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The motion to vacate the order for stay is considered, and it is DENIED. We DIRECT that the children be returned to their foster home within 72 hours of entry of this order. The application for leave to appeal the June 25, 2013 judgment of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 13, 2013



Clerk

t0813